WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
HSBC Bank USA, as Trustee for MANA 2007-AFI
09-72456 / xxxx3980

Electronically Filed on _____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Nathaniel Cromwell, Jr. dba Fantasy Scapes and Roshon Cromwell,

        Debtor(s).

BK-S-09-16270-BAM

Date: __March 9, 2010____
Time: __1:30 p.m._____

Chapter 13

TO THE HONORABLE JUDGE BRUCE A. MARKELL, THE DEBTORS, HIS ATTORNEY OF RECORD AND THE CHAPTER 13 TRUSTEE, AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on the _9TH_ day of _MARCH_, 2009 at _1:30 P.M._ before United States Bankruptcy Judge, the Honorable, Bruce A. Markell in Courtroom 3, located at the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada. HSBC Bank USA, as Trustee for MANA 2007-AFI ("Movant"), will move this Court, pursuant to 11 U.S.C. §362(d), for an order terminating the automatic stay, to allow Movant to proceed with its

non-bankruptcy remedies, including, upon obtaining possession of and selling the subject real property located at 3513 Misty Evening Street, Las Vegas, NV 89129 (the "subject real property").

PLEASE TAKE FURTHER NOTICE that Local Bankruptcy Rule 9014(d)(1) requires that any opposition to the motion must be filed and service completed upon the Movant not more that fifteen (15) days after service of the motion. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of this rule.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- ☐ The court may *refuse to allow you to speak* at the scheduled hearing; and
- ☐ The court may *rule against you* without formally calling the matter at the hearing

DATED: 2/2/10

WILDE & ASSOCIATES

By_____
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

```
 1  WILDE & ASSOCIATES
    Gregory L. Wilde, Esq.
 2  Nevada Bar No. 004417
    208 South Jones Boulevard
 3  Las Vegas, Nevada 89107
 4  Telephone: 702 258-8200
    Fax: 702 258-8787
 5  bk@wildelaw.com,

 6  MARK S. BOSCO, ESQ.
    Arizona Bar No. 010167
 7  TIFFANY & BOSCO, P.A.
    2525 East Camelback Road, Suite 300
 8  Phoenix, Arizona 85016
 9  Telephone: (602) 255-6000
    HSBC Bank USA, as Trustee for MANA 2007-AFI
10  09-72456 / xxxx3980
```

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-S-09-16270-BAM |
|---|---|
| Nathaniel Cromwell, Jr. dba Fantasy Scapes and Roshon Cromwell, | Date: __March 9, 2010__<br>Time: __1:30 p.m.__ |
|  | Chapter 13 |
| Debtor(s). |  |

### CERTIFICATE OF SERVICE OF NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY

1. On __2/3/2010__ I served the following documents(s):

NOTICE AND MOTION FOR RELIEF FROM AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:

   X  **a. ECF System**

   Kathleen Leavitt, at courtsecf3@las13.com, Trustee

   Barry Levinson, at Michael@lawbybarry.com, Debtors' attorney

   X  **b. United States mail, postage fully prepaid:**

>Nathaniel Cromwell, Jr. dba Fantasy Scapes
>Roshon Cromwell
>3513 Misty Evening Street
>Las Vegas, NV  89129
>*Debtors*
>
>Barry Levinson, Esq.
>2810 S. Rainbow Blvd.
>Las Vegas, NV  89146
>*Debtors' counsel*
>
>GE Money Bank
>c/o Recovery Management Systems Corp.
>Attn: Ramesh Singh
>25 SE 2nd Avenue, Suite 1120
>Miami, FL  33131-1605

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐  1.  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐  2.  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not

receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : 2/3/2010

_____
Employee of Wilde & Associates